

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00598-CV

**IN THE MATTER OF J.A.**

From the County Court, Karnes County, Texas
Trial Court No. 16-05-00005 JVK
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED December 4, 2019.

_____
Beth Watkins, Justice